191 So.2d 314

**Mrs. Martha Helen Kirby MORTON**

v.

**Finis Adolphus KIRBY.**

No. 48461.

Nov. 10, 1966.

In re: Finis Adolphus Kirby applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not justify the exercise of our supervisory jurisdiction.

McCALEB, J., is of the opinion that the application should be granted with a stay order.